**WOODWARD & LOTHROP, a Corporation, Appellant, v. Willie E. LINEBERRY, Appellee.**

**No. 5064.**

Court of Appeals of District of Columbia.

Argued March 9, 1931.

Decided May 4, 1931.

G. Bowdoin Craighill, Chas. B. Tebbs, and Frank H. Myers, all of Washington, D. C., for appellant.

Richard L. Merrick, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB, HITZ, and GRONER, Associate Justices.

GRONER, Associate Justice.

For reasons stated at length in No. 5063, 60 App. D. C. 164, 50 F.(2d) 314, the judgment in this case must be and is reversed.

Reversed.